UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Drew's Plumbing & Heating, Inc. d/b/a  **Case Number:** 14-01214  **Ch:**
Drew Do v. Doran et al

**MOVANT/APPLICANT/PARTIES:**

#2 Motion of Debtor to Remand for Failure to Comply with Fed. R. Bankr. P. 9027 Re: [1] Complaint (Patrick Groulx)
#6 Opposition of Plaintiff Drew's Plumbing & Heating, Inc. d/b/a Drew Donarumo Plumbing & Heating Co., Inc. (David Conti)
#7 Reply of Defendant Mark J. Doran (Patrick Groulx)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
#2\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion is granted. The Trustee shall be substituted for the creditor plaintiff in the fraudulent transfer action in Chelsea District Court.

IT IS SO NOTED:                                IT IS SO ORDERED:

_____                       _____ Dated: 12/16/2014
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge